Harley I. Lewin (HL 1819)
Scott Gelin (SG 9599)
GREENBERG TRAURIG, LLP
200 Park Avenue
New York, New York 10166
Telephone:  (212) 801-9200
Facsimile:  (212) 801-6400

*Attorneys for Plaintiffs Lucky Brand Dungarees, Inc. and Liz Claiborne, Inc.*

**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**

| | |
|---|---|
| LUCKY BRAND DUNGAREES, INC., LIZ CLAIBORNE, INC.,<br><br>    Plaintiffs,<br><br>    v.<br><br>ALLY APPAREL RESOURCES, LLC d/b/a GET LUCKY, KEY APPAREL RESOURCES, LTD., MARCEL FASHION GROUP, INC. and EZRA MIZRACHI,<br><br>    Defendants. | Civil Action No.: 05 CV 6757 (LTS)<br><br>**NOTICE OF MOTION FOR RECONSIDERATION OF ORDER DENYING APPLICATION FOR <u>PRELIMINARY INJUNCTION</u>** |

Pursuant to Local Civil Rule 6.3, Plaintiffs Lucky Brand Dungarees, Inc. and Liz Claiborne, Inc. ("Plaintiffs") move this Court for reconsideration of its August 23, 2005 Order Denying Plaintiffs' Application for a Preliminary Injunction against certain uses of the GET LUCKY mark by Defendants ALLY APPAREL RESOURCES LLC, KEY APPAREL RESOURCES, LTD, MARCEL FASHION GROUP, INC., and EZRA MIZRACHI.

For the reasons set forth in the accompanying memorandum of maw, and on the papers originally submitted in support of the Application for a Preliminary Injunction, Plaintiffs respectfully request that this motion be granted.

                        Respectfully submitted,

Dated: September 9, 2005            GREENBERG TRAURIG, LLP

By: /s/ Scott Gelin
    Harley I. Lewin (HL 1819)
    Scott Gelin (SG 9599)

    200 Park Avenue
    New York, New York 10166
    Tel: (212) 801-2191
    Fax: (212) 224-6147

TO:    Lawrence I. Fox, Esq.
        Ann E. Schofield, Esq.
        McDermott Will & Emery LLC
        50 Rockefeller Plaza
        New York, New York 10020
        (212) 547-5400
        (212) 547-5444 – Fax

*Attorneys for Defendants Ally Apparel Resources, LLC d/b/a GET LUCKY, Key Apparel Resources, Ltd. Marcel Fashion Group, Inc. and Erza Mizrachi*