UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------ X
LUCKY BRAND DUNGAREES, INC., LIZ  :
CLAIBORNE, INC.,
                                                          :
         Plaintiffs,                      INDEX NO. 05 CV 6757 (LTS) (MHD)
                                                          :
   -against-
                                                          :
ALLY APPAREL RESOURCES LLC d/b/a
GET LUCKY, KEY APPAREL RESOURCES,  :   **NOTICE OF MOTION**
LTD., MARCEL FASHION GROUP, INC.,         **FOR RULE 37 SANCTIONS**
and EZRA MIZRACHI,                             :

         Defendants.           :
------------------------------------ X

    **PLEASE TAKE NOTICE** that upon the accompanying attorney declarations, memorandum of law, and all prior proceedings had herein, pursuant to Rule 37 of the Federal Rules of Civil Procedure, Defendants Marcel Fashion Group, Inc., and Ezra Mizrachi ("Marcel"), move this Court, at the United States Courthouse, 500 Pearl Street, New York, New York 10007, at a date and time to be determined, for an order granting Defendants' Rule 37 Motion for Sanctions against Plaintiffs.

    **WHEREFORE**, Marcel respectfully moves this Court for an order (1) awarding Marcel for the attorneys' fees and costs incurred as a result of Plaintiffs' discovery abuses; (2) finding that Plaintiffs' admitted uses of GET LUCKY on apparel sold after 2003 establishes a violation of the May 2003 Settlement Agreement, and an infringement of Marcel's trademark rights; and (3) finding that Plaintiffs' conduct constitutes bad faith, willfulness and reckless disregard such that this constitutes an exceptional case pursuant to 15 U.S.C. § 1117.

Dated: January 7, 2008

McDERMOTT WILL & EMERY LLP

By: /s/ Lawrence I. Fox
Lawrence I. Fox (LF-3733)
340 Madison Avenue
New York, New York 10173-1922
Tel: (212) 547-5400
Fax: (212) 547-5444

Suzanne M. Wallman (SMW-9122)
Keith M. Stolte (KMS-0489)
227 West Monroe Street
Chicago, Illinois 60606-5096
Tel: (312) 372-2000
Fax: (312) 984-7700

Attorneys for Defendants Ally Apparel Resources LLC d/b/a GET LUCKY, Key Apparel Resources, Ltd., Marcel Fashion Group, Inc and Ezra Mizrachi

CHI99 4925674-1.074511.0011