UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
----------------------------------------------------------x

LUCKY BRAND DUNGAREES, INC. and
LIZ CLAIBORNE, INC.

        Plaintiffs,

  -v-                                    No. 05 Civ. 6757 (LTS)(MHD)

ALLY APPAREL RESOURCES LLC, d/b/a
GET LUCKY, et al.,

        Defendants.

----------------------------------------------------------x



### MEMORANDUM ORDER

        The Court has received and reviewed thoroughly Plaintiffs' letter dated April 22, 2009, and Defendants' response letter dated April 23, 2009. Defendants must produce Ezra Mizrachi for a deposition by Plaintiffs in connection with the supplemental trial exhibits no later than Thursday, April 30, 2009. All supplemental discovery responses must be produced no later than Friday, May 1, 2009.

        SO ORDERED.

Dated:    New York, New York
            April 27, 2009

                                                    LAURA TAYLOR SWAIN
                                                    United States District Judge