UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-----------------------------------------------------------x

LUCKY BRAND DUNGAREES, INC. and
LIZ CLAIBORNE, INC.

          Plaintiffs,

-v-                                  No. 05 Civ. 6757 (LTS)(MHD)

ALLY APPAREL RESOURCES LLC, d/b/a
GET LUCKY, et al.,

          Defendants.

-----------------------------------------------------------x

### ORDER

For the reasons discussed at the May 12, 2009, conference, Plaintiffs' motions in limine as to Gigliotti are denied without prejudice to objections raised during trial, Defendants' motion in limine to preclude use of the Enders and Gigliotti deposition transcripts other than for impeachment purposes is granted, and Defendants' motion in limine to preclude use of the Cohen tape recording is denied.

The Clerk of Court is respectfully requested to terminate Docket Entry Nos. 123, 124, 128 and 125.

          SO ORDERED.

Dated:      New York, New York
               May 12, 2009

                                                  LAURA TAYLOR SWAIN
                                                  United States District Judge

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: MAY 1 2 2009