UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK



LUCKY BRAND DUNGAREES, INC.,
LIZ CLAIBORNE, INC.,

Plaintiffs,

vs.

ALLY APPAREL RESOURCES LLC d/b/a
GET LUCKY, KEY APPAREL
RESOURCES, LTD., MARCEL FASHION
GROUP, INC., and EZRA MIZRACHI,

Defendants.

Civil Action No. 05 CV 6757 (LTS) (MHD)

[PROPOSED] ORDER GRANTING
WITHDRAWAL & SUBSTITUTION OF
COUNSEL

WHEREAS, on May 26, 2009, McDermott Will & Emery LLP filed an unopposed Notice of Withdrawal as Counsel together with an Authorization For Withdrawal and Substitution of Counsel and a Consent Order to Change Attorneys (Docket No. 215).

THEREFORE, it is hereby ORDERED that McKool Smith be, and hereby is, substituted for McDermott Will & Emery LLP as attorneys of record for defendants Ally Apparel Resources LLC d/b/a Get Lucky, Key Apparel Resources, Ltd., Marcel Fashion Group, Inc. and Ezra Mizrahi.

Dated: February 8, 2010
New York, New York

So Ordered:

_____ 2/8/2010
U.S.D.J.

NYK 1280656-1.074511 0011