UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-------------------------------------------------------x

LUCKY BRAND DUNGAREES, INC. and
LIZ CLAIBORNE, INC.,

       Plaintiffs,

  -v-                                    No. 05 Civ. 6757 (LTS)(MHD)

ALLY APPAREL RESOURCES LLC, d/b/a
GET LUCKY, et al.,

       Defendants.

-------------------------------------------------------x

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 0 5 APR 2010

## ORDER

The Trial scheduled for April 12, 2010, is rescheduled for **April 13, 2010, at 9:30 a.m.** in Courtroom 11C.

Dated: New York, New York
       April 5, 2010

                                              LAURA TAYLOR SWAIN
                                              United States District Judge